UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 26893
CHRISTOPHER REITZ
AMY REITZ                                       CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
SSN XXX-XX-1894      SSN XXX-XX-9706

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 10/07/08 .

    2.   The case was dismissed without confirmation, 11/14/2008.

--------------------------------------------------------------------------------
CREDITOR NAME               CLASS        CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------

        Summary of disbursements:
--------------------------------------------------------------------------------

                    SECURED      PRIORITY   UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, BIZAR & DOYLE                , was allowed $        .00
and was paid $        .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

  Dated: 02/11/09                        /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                          PAGE   2
CASE NO. 08 B 26893 CHRISTOPHER REITZ & AMY REITZ
```